# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 13, 2023

## NO. 03-22-00423-CV

**BLF LLC, Bradford W. Bayliff, and Lisa E. W. Bayliff, Appellants**

**v.**

**The Landing at Blanco Property Owners Association, Appellee**

### APPEAL FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the judgment signed by the trial court on July 6, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellants shall pay all costs relating to this appeal.